UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:16-cr-00014 |
| | ) | Magistrate Judge Brown |
| LARRY D. DIXON | ) | |

### O R D E R

It is hereby **ORDERED** that a hearing on the Petition to Revoke Supervision (Docket Entry 26) shall be held on Monday, October 31, 2016, at 10:00 a.m., in Courtroom 783.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge